

# Beckham Research and Recovery LLC
### Finding Money For You



3/20/2015

U S Bankruptcy Court
Southern District of Mississippi
PO Box 448
Jackson, MS 39225-2448

**U.S. BANKRUPTCY COURT SOUTHERN DISTRICT OF MISSISSIPPI FILED MAR 27 2015 DANNY L. MILLER, CLERK BY _____ DEPUTY CLERK** (crossed out)

**RECEIVED MAR 2 5 2015 CLERK, U.S. BANKRUPTCY COURT SO. DIST. OF MISS.**

To whom it may Concern,

Please accept this letter as a withdrawal of petition for unclaimed funds held by the United States bankruptcy court for the Southern District of Alabama case # 01-04851. The creditors for this claim are Emmitt and Mary Smith. There are multiple petitions for these funds. We do not wish to be party to part of the conference scheduled for May 18th 2015. If you have any questions feel free to contact me at 704-792-6952.

Thanking you in advance,

*[signature]*
Todd Beckham

**U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 26 2015
DANNY L. MILLER, CLERK
BY ___KH___ DEPUTY CLERK**

480 Mt Hope Church Road
Salisbury, NC 28147

BBB ACCREDITED BUSINESS

www.beckhamrecovery.com
704-855-2421



# United States Bankruptcy Court
## Southern District of Mississippi

**Danny L. Miller**
**Clerk of Court**

**Jackson Office**
P. O. Box 2448
Jackson, MS 39225-2448
Telephone: 601-608-4600

**Gulfport Office**
2012 15th Street
Suite 244
Gulfport, MS 39501
Telephone: 228-563-1790

**RECEIVED**
MAR 2 5 2015
CLERK, U.S.
BANKRUPTCY COURT
SO. DIST. OF MISS.

March 4, 2015

Brian Todd Beckham
Beckham Research and Recovery, LLC
480 Mt. Hope Church Road
Salisbury, NC 28147

Re:   Bankruptcy Case No.: 01-04851-ee.
      Petition for Unclaimed Funds, in the amount of $1,888.56, for Emmitt Smith, Jr. and Mary Smith

Dear Mr. Beckham:

Please be advised that Brian J. Dilks of Dilks & Knopik, LLC filed an application for the above referenced unclaimed funds on October 27, 2014 (see attachment A). The court has scheduled a status conference for May 18, 2015 to address the pending requests (see notice - attachment B).

By copy of this letter to Mr. Dilks, I am asking that you and Mr. Dilks communicate and possibly resolve the multiple request issue. If the issue is resolved prior to May 18th the status conference may be cancelled.

If you have questions, please contact me directly at 228-563-1793.

Sincerely,

Danny L. Miller
Clerk of Court

By: _____
    Collette Derouen
    Chief Deputy

Enclosures (2)

Cc:   Brian Dilks
      35308 SE Center St.
      Snoqualmie, WA 98065-9216

Beckham Research and Recovery, LLC
480 Mt Hope Church Road
Salisbury, NC 28147
www.beckhamresearch.com

CHARLOTTE NC 282

21 MAR 2015 PM 3 L

WTF

US BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
P.O. BOX 448
JACKSON, MS 39225-2448

39205044848